# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KOO KWANG JUNG,<br>Appellant,<br>vs.<br>ERIC A. NICKEL,<br>Respondent. | No. 77213 |

**FILED**

FEB 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of withdrawal of appeal filed on January 29, 2019, this appeal is dismissed. NRAP 42(b).[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Connie J. Steinheimer, District Judge
Koo Kwang Jung
Washoe County District Attorney/Civil Division
Washoe District Court Clerk

---

[1]On January 25, 2019, the district court filed an order granting motion to proceed in forma pauperis. Therefore, no filing fee is due for this appeal.

19-06507